# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

    Respondent,

    v.

ALVIN BURNS,

    Appellant.

No. 70536-9-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: MAY 2 7 2014

PER CURIAM. Alvin Burns appeals the sentence imposed following his conviction for possession of cocaine with intent to deliver. He contends the trial court erroneously included a washed out conviction in his offender score. Specifically, he contends the five-year washout period for his 2004 class C felony expired before his next conviction in 2010. But the State correctly points out, and Burns does not dispute, that the 2004 conviction for conspiracy to deliver cocaine is actually a class B felony, not a class C felony. RCW 69.50.407; State v. Mendoza, 63 Wn. App. 373, 377-78, 819 P.2d 387 (1991). Therefore, the applicable washout period is ten years, RCW 9.94A.525(2)(b), and the 2004 offense does not wash out.

    Affirmed.

    For The Court: